**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No: | 17-04393    JNC    Judge:    Joseph N. Callaway | Trustee Name: | WALTER L. HINSON, CHAPTER 7 TRUSTEE |
| Case Name: | BARBARA B WILLIAMSON | Date Filed (f) or Converted (c): | 09/07/2017 (f) |
| | | 341(a) Meeting Date: | 10/05/2017 |
| For Period Ending: | 12/31/2021 | Claims Bar Date: | 01/15/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5649 HORNES CHURCH RD. WILSON NC 27896-0000 WILSON<br><br>DEBTOR OWNS LIFE ESTATE ONLY IN THIS PROPERTY | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 2. 5645 HORNES CHURCH ROAD WILSON NC 27896-0000 WILSON<br><br>DEBTOR OWNS LIFE ESTATE ONLY IN THIS PROPERTY | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 3. 2004 MERCURY MARQUIS | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 4. TYPICAL MODEST HOUSEHOLD FURNSHING | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. MODEST ELECTRONICS (TVS, DVRS, ETC) | 500.00 | 0.00 | | 0.00 | FA |
| 6. KNICK KNACKS -- LIMITED VALUE TEAPOT COLLECTION IN THE POSSE | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. HANDGUN | 100.00 | 0.00 | | 0.00 | FA |
| 8. TYPICAL WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. WEDDING BAND | 500.00 | 0.00 | | 0.00 | FA |
| 10. 1 CAT | 25.00 | 0.00 | | 0.00 | FA |
| 11. POCKET MONEY | 50.00 | 0.00 | | 0.00 | FA |
| 12. CORNERSTONE BANK -- BALANCES VARY, BUT ARE TYPICALLY LESS TH | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. $100 BOND. NOT MATURED | 0.00 | 0.00 | | 0.00 | FA |
| 14. ROBERT & JOLLY BARNES EXECUTED A PROMISSORY NOTE AND DEED OF | 48,000.00 | 0.00 | | 20,275.00 | 22,725.00 |
| 15. DEBT FROM EVELYN BRADLEY TO DEBTOR. AMOUNT IS ESTIMATED AT $ | 6,500.00 | 0.00 | | 1,400.00 | 5,100.00 |
| 16. POSSIBLE INSURANCE CLAIM FROM DAMAGES AT 5645 HORNES CHURCH | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $97,675.00 | $37,000.00 | $21,675.00 | $27,825.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL PAYMENTS ARE CURRENT IN THIS CASE WITH THE LAST PAYMENT BEING RECEIVED AND PROCESSED THROUGH DECEMBER 31, 2021

THERE HAVE BEEN NO SIGNIFICANT CHANGES IN THE STATUS OF THIS CASE SINCE THE LAST REPORTING.  THE TRUSTEE DOES NOT SEE A QUICK RESOLUTION TO THIS CASE OTHER THAN COLLECTION OF MONTHLY PAYMENTS.


TRUSTEE IS COLLECTING $425 MONTHLY TOWARD THE MORTGAGE OF ROBERT BARNES.  ALL PAYMENTS THAT HAVE COME DUE ARE PAID IN A TIMELY MANNER.


Initial Projected Date of Final Report (TFR): 03/31/2018     Current Projected Date of Final Report (TFR): 09/30/2022

Trustee Signature:     /s/ WALTER L. HINSON, CHAPTER 7 TRUSTEE     Date: 01/27/2022

WALTER L. HINSON, CHAPTER 7 TRUSTEE
2401-G Wooten Blvd
Wilson, NC 27893
(252)291-1746
annhinson@nchinsonlaw.com

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 17-04393 | Trustee Name: WALTER L. HINSON, CHAPTER 7 TRUSTEE |
| Case Name: BARBARA B WILLIAMSON | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX8238 |
| | Checking |
| Taxpayer ID No: XX-XXX4377 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/31/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 12/13/17 | 15 | EVELYN BRADLEY<br>5645 HORNES CHURCH RD.<br>WILSON, NC  27896 | A/R EVELYN BRADLEY | 1121-000 | $350.00 | | $350.00 |
| 12/13/17 | 15 | EVELYN BRADLEY | A/R EVELYN BRADLEY | 1121-000 | $350.00 | | $700.00 |
| 12/13/17 | 15 | EVELYN BRADLEY | A/R EVELYN BRADLEY | 1121-000 | $350.00 | | $1,050.00 |
| 12/13/17 | 14 | ROBERT DALE BARNES<br>P.O. BOX 2182<br>WILSON, NC  27894 | A/R R. BARNES | 1121-000 | $75.00 | | $1,125.00 |
| 12/13/17 | 14 | ROBERT D BARNES | A/R R. BARNES | 1121-000 | $75.00 | | $1,200.00 |
| 12/13/17 | 14 | ROBERT D BARNES | A/R R. BARNES | 1121-000 | $75.00 | | $1,275.00 |
| 01/16/18 | 15 | EVELYN B. BRADLEY | A/R EVELYN BRADLEY | 1121-000 | $350.00 | | $1,625.00 |
| 01/16/18 | 14 | ROBERT D BARNES | A/R R. BARNES | 1121-000 | $75.00 | | $1,700.00 |
| 02/12/18 | 14 | ROBERT D. BARNES<br>P.O. BOX 2182<br>WILSON, NC  27894 | A/R R. BARNES | 1121-000 | $425.00 | | $2,125.00 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,110.00 |
| 03/07/18 | 14 | ROBERT D. BARNES | A/R R. BARNES | 1121-000 | $425.00 | | $2,535.00 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,520.00 |
| 04/09/18 | 14 | ROBERT DD. BARNES<br>P.O. Box 2182<br>Wilson, NC  27894 | A/R R. BARNES | 1121-000 | $425.00 | | $2,945.00 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,930.00 |
| | | | Page Subtotals: | | $2,975.00 | $45.00 | |

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-04393 | | Trustee Name: | WALTER L. HINSON, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | BARBARA B WILLIAMSON | | Bank Name: | Union Bank |
| | | | Account Number/CD#: | XXXXXX8238 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX4377 | | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/31/2021 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/18 | 14 | ROBERT D. BARNES | A/R R. BARNES | 1121-000 | $425.00 | | $3,355.00 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,340.00 |
| 06/12/18 | 14 | ROBERT D BARNES | A/R R. BARNES | 1121-000 | $425.00 | | $3,765.00 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,750.00 |
| 07/19/18 | 14 | ROBERT D. BARNES | A/R R. BARNES | 1121-000 | $425.00 | | $4,175.00 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,160.00 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,145.00 |
| 08/30/18 | 14 | ROBERT D. BARNES | A/R R. BARNES | 1121-000 | $425.00 | | $4,570.00 |
| 09/25/18 | 14 | ROBERT D. BARNES | A/R R. BARNES | 1121-000 | $425.00 | | $4,995.00 |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,980.00 |
| 10/15/18 | 14 | ROBERT D. BARNES | A/R R. BARNES | 1121-000 | $425.00 | | $5,405.00 |
| 10/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,390.00 |
| 11/13/18 | 14 | ROBERT D. BARNES | A/R R. BARNES | 1121-000 | $425.00 | | $5,815.00 |
| 11/19/18 | 1001 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA  70139 | blanket bond | 2300-000 | | $2.17 | $5,812.83 |

Page Subtotals:  $2,975.00   $92.17

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-04393  
Case Name: BARBARA B WILLIAMSON  
Taxpayer ID No: XX-XXX4377  
For Period Ending: 12/31/2021  

Trustee Name: WALTER L. HINSON, CHAPTER 7 TRUSTEE  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX8238  
Checking  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,797.83 |
| 12/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,782.83 |
| 01/15/19 | 14 | ROBERT D. BARNES | A/R R. BARNES | 1121-000 | $425.00 | | $6,207.83 |
| 01/15/19 | 14 | ROBERT D. BARNES | A/R R. BARNES | 1121-000 | $425.00 | | $6,632.83 |
| 01/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,617.83 |
| 02/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,602.83 |
| 02/26/19 | 14 | ROBERT D. BARNES | A/R R. BARNES | 1121-000 | $425.00 | | $7,027.83 |
| 03/25/19 | 14 | ROBERT D. BARNES | A/R R. BARNES | 1121-000 | $425.00 | | $7,452.83 |
| 03/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,437.83 |
| 04/25/19 | 14 | ROBERT D. BARNES | A/R R. BARNES | 1121-000 | $425.00 | | $7,862.83 |
| 04/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,847.83 |
| 05/02/19 | 1002 | Estate of BARBARA B WILLIAMSON, 17-04393 | Transfer to Axos Bank | 9999-000 | | $7,847.83 | $0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | $8,075.00    $8,075.00 |
| Less: Bank Transfers/CD's | $0.00    $7,847.83 |
| Subtotal | $8,075.00    $227.17 |
| Page Subtotals: | $2,125.00    $7,937.83 |

| | | | |
|---|---|---|---|
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $8,075.00 | $227.17 |

| | | | |
|---|---|---|---|
| Page Subtotals: | | $0.00 | $0.00 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-04393  
Case Name: BARBARA B WILLIAMSON  
Taxpayer ID No: XX-XXX4377  
For Period Ending: 12/31/2021  

Trustee Name: WALTER L. HINSON, CHAPTER 7 TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0032  
Checking  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  |  | Balance Forward |  |  |  | $0.00 |
| 05/02/19 |  | Estate of BARBARA B WILLIAMSON, 17-04393 | Transfer from Union Bank | 9999-000 | $7,847.83 |  | $7,847.83 |
| 05/08/19 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 |  | $8,272.83 |
| 06/14/19 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 |  | $8,697.83 |
| 07/11/19 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 |  | $9,122.83 |
| 08/18/19 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 |  | $9,547.83 |
| 09/12/19 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 |  | $9,972.83 |
| 10/11/19 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 |  | $10,397.83 |
| 10/11/19 | 2001 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Bond Premium | 2300-000 |  | $5.93 | $10,391.90 |
| 11/07/19 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 |  | $10,816.90 |
| 12/11/19 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 |  | $11,241.90 |
| 01/07/20 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 |  | $11,666.90 |
| 02/06/20 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 |  | $12,091.90 |
| 03/12/20 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 |  | $12,516.90 |
| 04/11/20 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 |  | $12,941.90 |
| 05/11/20 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 |  | $13,366.90 |

Page Subtotals:   $13,372.83   $5.93

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-04393  
Case Name: BARBARA B WILLIAMSON  
Taxpayer ID No: XX-XXX4377  
For Period Ending: 12/31/2021  

Trustee Name: WALTER L. HINSON, CHAPTER 7 TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0032  
Checking  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/11/20 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 | | $13,791.90 |
| 07/09/20 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 | | $14,216.90 |
| 08/14/20 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 | | $14,641.90 |
| 09/09/20 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 | | $15,066.90 |
| 10/07/20 | 2002 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Prorated Bond Premium | 2300-000 | | $30.31 | $15,036.59 |
| 10/11/20 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 | | $15,461.59 |
| 11/09/20 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 | | $15,886.59 |
| 12/08/20 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 | | $16,311.59 |
| 01/08/21 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 | | $16,736.59 |
| 02/10/21 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 | | $17,161.59 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.98 | $17,144.61 |
| 03/09/21 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 | | $17,569.61 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.28 | $17,550.33 |
| 04/15/21 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 | | $17,975.33 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.00 | $17,956.33 |

Page Subtotals: $4,675.00   $85.57

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-04393  
Case Name: BARBARA B WILLIAMSON  
Taxpayer ID No: XX-XXX4377  
For Period Ending: 12/31/2021  

Trustee Name: WALTER L. HINSON, CHAPTER 7 TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0032  
Checking  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/10/21 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 | | $18,381.33 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.16 | $18,361.17 |
| 06/10/21 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 | | $18,786.17 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.94 | $18,766.23 |
| 07/15/21 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 | | $19,191.23 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.98 | $19,170.25 |
| 08/29/21 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 | | $19,595.25 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.20 | $19,574.05 |
| 09/09/21 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 | | $19,999.05 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.25 | $19,977.80 |
| 10/12/21 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 | | $20,402.80 |
| 10/22/21 | 2003 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | trustee bond payment | 2300-000 | | $13.58 | $20,389.22 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.36 | $20,366.86 |
| 11/12/21 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 | | $20,791.86 |

Page Subtotals: $2,975.00   $139.47

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-04393 | Trustee Name: | WALTER L. HINSON, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | BARBARA B WILLIAMSON | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0032 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4377 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/31/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.05 | $20,769.81 |
| 12/13/21 | 14 | Robert D. Barnes | A/R R. BARNES | 1121-000 | $425.00 | | $21,194.81 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $21,447.83 | $253.02 |
| Less: Bank Transfers/CD's | $7,847.83 | $0.00 |
| Subtotal | $13,600.00 | $253.02 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,600.00 | $253.02 |

| | | |
|---|---|---|
| Page Subtotals: | $425.00 | $22.05 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0032 - Checking | $13,600.00 | $253.02 | $21,194.81 |
| XXXXXX8238 - Checking | $8,075.00 | $227.17 | $0.00 |
|  | $21,675.00 | $480.19 | $21,194.81 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $21,675.00 |
| Total Gross Receipts: | $21,675.00 |

Trustee Signature:    /s/ WALTER L. HINSON, CHAPTER 7 TRUSTEE    Date: 01/27/2022

WALTER L. HINSON, CHAPTER 7 TRUSTEE
2401-G Wooten Blvd
Wilson, NC 27893
(252)291-1746
annhinson@nchinsonlaw.com

Page Subtotals:    $0.00    $0.00